# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:93cr3006/RV

WOODROW BERNARD RESTUCHER

**REFERRAL AND ORDER**

Referred to Judge Vinson on  01/20/2006
Type of Motion/Pleading MOTION FOR CORRECTION OF SENTENCE
Filed by: Defendant Restucher   on 11/28/05   Doc. No. 455
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
Government                     on 12/21/05   Doc. No. 458
Defendant's to Gov. Response   on 1/9/06     Doc. No. 460

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                */s/ V. Harmon*
                                                Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 24th day of January, 2006, that:

(a)  The requested relief is DENIED.
(b)  _____

                                                /s/ *Roger Vinson*
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                       Document No.